**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

FLAVIO CORDEIRO DA SILVA,
A-Number 098-682-825,

Petitioner,

v.

WARDEN, Central Louisiana ICE Processing Center; BRIAN ACUNA, Acting Field Office Director, New Orleans Field Office, U.S. Immigration and Customs Enforcement; DAVID VENTURELLA, Acting Director, U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary of Homeland Security; and TODD BLANCHE, Acting Attorney General of the United States, in their official capacities,

Respondents.

Civil Action No. 1:26-cv-04226-JE-TPL

Judge Jerry Edwards, Jr.

Magistrate Judge Thomas P. LeBlanc

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Considering Petitioner's Notice of Voluntary Dismissal Without Prejudice or, in the Alternative, Motion to Dismiss Without Prejudice,

IT IS ORDERED that this action is DISMISSED WITHOUT PREJUDICE under Federal Rule of Civil Procedure 41(a), with each party to bear its own fees and costs.

IT IS FURTHER ORDERED that any pending motions are DENIED AS MOOT.

THUS DONE AND SIGNED in Chambers on this 6th day of November, 2026.

Jerry Edwards, Jr.

JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE